Case 2:25-cv-00174   Document 11   Filed on 09/17/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| HEATHER NEISEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00174 |
| § | |
| NUECES COUNTY DISTRICT § | |
| ATTORNEY'S OFFICE, *et al.*, § | |
| § | |
| Defendants. § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On August 27, 2025, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 10), recommending that this Court grant Defendant Nueces County District Attorney's Office's motion to dismiss (D.E. 5). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 10), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Defendant's motion to dismiss (D.E. 5) is **GRANTED** and all claims against the Nueces County District Attorney's Office are **DISMISSED WITH PREJUDICE**.

    **ORDERED** on September 17, 2025.

                                                NELVA GONZALES RAMOS
                                                UNITED STATES DISTRICT JUDGE