Case 2:25-cv-00174  Document 17  Filed on 10/29/25 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| HEATHER NEISEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00174 |
| § | |
| NUECES COUNTY DISTRICT § | |
| ATTORNEY'S OFFICE, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On September 23, 2025, United States Magistrate Judge Jason B. Libby issued a Supplemental Memorandum and Recommendation (M&R, D.E. 12), recommending that Plaintiff's action against Defendant Corpus Christi Police Department be dismissed for the same reasons the Court has dismissed similar claims against the Nueces County District Attorney's Office. Plaintiff timely filed her objections (D.E. 15) on October 6, 2025.

An objection must point out with particularity the alleged error in the Magistrate Judge's analysis. Otherwise, it does not constitute a proper objection and will not be considered. Fed. R. Civ. P. 72(b)(2); *Malacara v. Garber*, 353 F.3d 393, 405 (5th Cir. 2003); *Edmond v. Collins*, 8 F.3d 290, 293 n.7 (5th Cir. 1993) (finding that right to de novo review is not invoked when a petitioner merely reurges arguments contained in the original petition). Plaintiff's objection consists only of a statement of her opinion of the Magistrate

Judge's conclusion and a vow to "keep fighting for justice." This does not state a cognizable objection and it is **OVERRULED**.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Supplemental Memorandum and Recommendation, as well as Plaintiff's objections, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's claims against Defendant Corpus Christi Police Department are **DISMISSED** and this action is **DISMISSED WITH PREJUDICE**.

**ORDERED** on October 29, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE